UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORDAN NELSON,<br>    Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| LEHIGH UNIVERSITY and<br>CHI PSI FRATERNITY,<br>    Defendants. | :<br>:<br>:<br>: | JULY 12, 2024 |

## NOTICE OF REMOVAL

Defendants, Lehigh University ("Lehigh") and Chi Psi Fraternity ("Chi Psi"), give this Notice of Removal of an action filed by Plaintiff, Jordan Nelson, in the Superior Court J.D. of Hartford at Hartford, Connecticut.  In support of this Notice of Removal, Defendants state as follows:

1. Plaintiff initiated this action on or about June 18, 2024, by filing a Complaint in the Superior Court J.D. of Hartford at Hartford, Connecticut, Case No. HHD-CV24-6186772-S (the "State Court Action").

2. The Complaint and Summons were served upon the Secretary of State, agent for Defendants, on June 14, 2024.  This Notice of Removal is filed less than thirty (30) days after Defendants first received notice of the above-captioned action. 28 U.S.C. § 1446(b).

3. Defendants remove this action on grounds of diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a).  This matter is removable on the basis of diversity jurisdiction because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.  More specifically, Plaintiff is a citizen of Connecticut; Lehigh is a citizen of Pennsylvania (Lehigh's state of incorporation and principal place of business are both

Pennsylvania); and Chi Psi is a citizen of Tennessee (Chi Psi's state of incorporation and principal place of business are both Tennessee).

4. Defendants assert that the Court lacks personal jurisdiction over them and that venue is not proper pursuant to 28 U.S.C. § 1391. Defendants intend to move to dismiss the action after removal.

5. Defendants are giving this Notice of Removal to all parties and is filing a Notice and copy of this Notice of Removal with the Clerk in the State Court Action. 28 U.S.C. § 1446(d).

6. A copy of all filings in the State Court Action filed to date are attached hereto collectively as **Exhibit A**. Defendants have not served an answer or responsive pleading to Plaintiff's Complaint.

WHEREFORE, Defendants request that the action be removed to this Court.

Respectfully submitted,

By: */s/ Jonathan C. Sterling*
Jonathan C. Sterling, Esq. (ct24576)
CARLTON FIELDS, P.C.
One State Street, Suite 1800
Hartford, CT 06103
Telephone: (860) 392-5000
Facsimile: (860) 392-5058
E-mail:jsterling@carltonfields.com

*Counsel for Defendant Lehigh University*

By: */s/ Frank J. Szilagyi*
Frank J. Szilagyi (ct07859)
SZILAGYI & DALY
118 Oak Street
Hartford, CT 06106
Phone: 860.904.5211
Fax: 860.471.8392
Email: fszilagyi@sdctlawfirm.com

*Counsel for Defendant Chi Psi Fraternity*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2024, the foregoing was electronically filed with the Clerk of the United States Court for the District of Connecticut, using the Court's CM/ECF system which will automatically serve all counsel of record via electronic delivery, and upon the below-named counsel by mailing a hard copy via First Class U.S. Mail and electronically mailing a copy as follows:

James F. Sullivan
LOGAN VANCE SULLIVAN & KORES LLP
733 East Main Street
Torrington, CT 06790
jsullivan@torringtonlaw.com

Frank J. Szilagyi
SZILAGYI & DALY
118 Oak Street
Hartford, CT 06106
fszilagyi@sdctlawfirm.com

                                                    */s/ Jonathan C. Sterling*
                                                    Jonathan C. Sterling