# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548 – 2700 | 7/2/24 |

| ☒ Judicial District   G.A. | At (City/Town) | Case type code (See list on page 2) |
| ☐ Housing Session   ☐ Number: | Hartford | Major: T    Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Logan Vance Sullivan & Kores, LLP, 733 East Main Street, Torrington, CT 06790 | 421662 |

| Telephone number | Signature of plaintiff (if self-represented) |
| ( 860 ) 489 – 5000 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): jsullivan@torringtonlaw.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Nelson, Jordan  Address: 81 Glastonbury Hunt Lane, South Glastonbury 06073 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Lehigh University  Address: 27 Memorial Drive West, Alumni Memorial Building 27, Bethlehem, PA 18015 | D-01 |
| Additional defendant | Name: Chi Psi Fraternity  Address: 45 Rutledge Street, Nashville, TN 37210 | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing |
|---|---|---|---|
| 5/23/24 | /s/ | | James F. Sullivan, Esq. |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

LOGAN VANCE SULLIVAN KORES
TRIAL LAWYERS
733 East Main Street • Torrington, CT 06790 • 860-489-5000 • 860-496-0660 fax • JURIS NUMBER 421662
www.torringtonlaw.com

| | | |
|---|---|---|
| RETURN DATE: JULY 2, 2024 | : | SUPERIOR COURT |
| JORDAN NELSON | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| LEHIGH UNIVERSITY AND | : | |
| CHI PSI FRATERNITY | : | MAY 23, 2024 |

## COMPLAINT

**FIRST COUNT-Negligence (Jordan Nelson v. Lehigh University)**

1. At all times herein, the plaintiff, Jordan Nelson was a resident of the Town of Glastonbury, County of Hartford and State of Connecticut.

2. Jordon was a student enrolled as an undergraduate at Lehigh University.

3. At all times herein, the defendant, Lehigh University, was a private university located in the City of Bethlehem, Counties of Northampton and Lehigh, and State of Pennsylvania, that has students enrolled from all over the nation including Connecticut where it actively recruits and solicits students.

4. The defendant Lehigh University actively supports the fraternity community. Lehigh University has an Office of Fraternity and Sorority Life. The Fraternity Life at Lehigh works with students, alumni, faculty, staff, parents and other invested constituents to enhance the development of Lehigh University through Greek membership. Lehigh University staff works with fraternity members to provide

support alongside educational, cultural, and leadership development programs which meet their needs beyond the classroom.

5. At all times herein, the defendant Chi Psi Fraternity (hereinafter "the National Fraternity") was a Tennessee corporation with headquarters located in the City of Nashville, County of Davidson, and State of Tennessee and has a chapter in Connecticut. Defendant Chi Psi Fraternity and its local chapter Alpha Beta Delta Lehigh University are recognized and supported by Lehigh University.

6. The National Fraternity charters and oversees local fraternity chapters throughout the United States, including Connecticut.

7. The National Fraternity chartered and/or supervised the Alpha Beta Delta Lehigh University (the "local fraternity").

8. Jordan started Leigh University as a freshman in the fall of 2021.

9. At the beginning of the Spring semester, he was invited to pledge to the Lehigh Chapter of Chi Psi Fraternity. At the time of his pledging, there were approximately 60-70 fraternity members.

10. This fraternity chapter is in good standing per Lehigh website despite the long list of previous infractions documented from 2010-2014 (see: [https://studentaffairs.lehigh.edu/content/chi-psi](https://studentaffairs.lehigh.edu/content/chi-psi)). This fraternity has statement on hazing (see:

2

[https://studentaffairs.lehigh.edu/sites/studentaffairs.lehigh.edu/files/offices/ofsa/docs/newmembereducatoin/Chi%20Psi%20New%20Member%20Education%20Plan%20Spring%202023.pdf](https://studentaffairs.lehigh.edu/sites/studentaffairs.lehigh.edu/files/offices/ofsa/docs/newmembereducatoin/Chi%20Psi%20New%20Member%20Education%20Plan%20Spring%202023.pdf) )

11. Jordan joined a pledge class (a group of initiates they referred to as "maggots" or "mags") that had 14 students. Throughout the pledging period, two of the 14 dropped out. Pledging lasted from January 2022 to early May 2022.

12. During the pledging process there were a series of lineups and 12 Gates. The pledges would do regular lineups until they were deemed ready for a "Gate."

13. The lineups were regular meetings held in the basement where the pledges would be required to strip down to underwear, one sock, and nothing else; this was described as "Gate gear." During these lineups, pledges would be tasked to perform a variety of actions: physical exercises like push-ups and workout games with perverse twists; Human Jenga - pledges were stacked three bodies on three bodies; Maggot Olympics; races where the loser has to eat a hot pepper; Drinking Alcohol; telling stories for the enjoyment of fraternity members (called TV time); Eat cat food and crawl around the floor like cats; Facing - pledges were instructed to lay on their stomachs face down while fraternity members hit them with spoons; Crustacean: the pledges are put in a room with a floor covered in soap,

LOGAN VANCE
SULLIVAN KORES
TRIAL LAWYERS
733 East Main Street • Torrington, CT 06790 • 860-489-5000 • 860-496-0660 fax • JURIS NUMBER 421662
www.torringtonlaw.com

and they needed to crawl on all fours and challenge each other one-on-one to knock one another down; Bucket of Christ: fraternity members fill a bucket with random liquids (including alcohol), food (both leftover and expired), and human urine. The pledges are forced to drink from the bucket; Bucket of Unity: fraternity members fill a bucket with random liquids (mostly alcohol) and human urine; Calisthenics: after a party, the pledges were instructed to run down a large hill from the top while they were highly intoxicated, then ordered to do various workouts; Learn to Fly: the pledges were instructed to put hot sauce-soaked rags on their faces and perform actions; SOS: the pledges were each put into a water-filled tub and forcibly drowned (military torture style) by fraternity members for varying periods, and between each drowning, they were interrogated; The Pit: the pledges were locked in a basement for 6 hours where loud music played; they were doused with water and not allowed to sleep, starting at around midnight and going on until the morning, using tactics similar to military-style torture; and finally, the last gate: the pledges were paddled.

14. Jordan had an arm injury from hockey during this time, so his arm was in a sling, meaning he had less control and ability to struggle. He had to endure these line-ups, which caused him physical and psychological injuries.

4

15. After this first year, Jordan's grades suffered so much from the hazing that he had to petition to return to school. He was able to return to school that fall and moved into the fraternity housing, during which time he started to become socially withdrawn.

16. Throughout that year, the fraternity members threatened him by saying, "[i]f he didn't start going out with them and being more social, they would start telling people the reason he doesn't go out is because he is a rapist." Leaders of the fraternity made racist remarks to Jordan including calling him a monkey. Jordan was at the time the only black member of the fraternity. As a result, Jordan's grades continued to suffer, he felt alienated and alone, and he ultimately left Lehigh in the summer of 2023 and had a complete mental breakdown.

17. The defendant Lehigh University owed plaintiff a duty to keep its students safe from harm at local fraternity events.

18. The defendant University had a duty to see that its rules, policies, and/or procedures for fraternity events were faithfully enforced so as to avoid injury and harm to its members.

19. The defendant Lehigh University breached its duty in one or more of the following ways:

    a. It failed to monitor/supervise the activities of the local Fraternity;

    b. It failed to ensure that its rules, policies and procedures for hazing were adequately enforced.

    c. It failed to prevent members from the local fraternity from assaulting and hazing the plaintiff despite knowing, or having reason to know, that such conduct would or did occur;

    d. It failed to train and/or supervise members of the local fraternity on its anti-hazing rules, policies and/or procedures.

20. As a result of the continuous hazing and negligence and carelessness of the defendant Lehigh University, Jordan suffered the injuries some or all of which may be permanent in nature. Jordan has experienced mental and emotional trauma that ultimately resulted in him being hospitalized for mental health in October 2023. In addition, he had to seek a variety of psychological professional help based on his trauma.

21. In addition, the plaintiff has been forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, medicines and the like, and may be obligated for further such sums in the future.

22. As a further result thereof, Jordan incurred financial losses related to his education and delaying the completion of his degree program.

6

**SECOND COUNT: Negligence (Jordan Nelson vs. Chi Psi Fraternity)**

1-16. The Plaintiff hereby incorporates and realleges paragraphs 1 through 16 of the First Count as paragraphs 1-16 of the Second Count, as set forth herein. The defendant Lehigh University owed plaintiff a duty to keep its students safe from harm at local fraternity events.

17. The defendant Chi Psi Fraternity had a duty to see that its rules, policies, and/or procedures for fraternity events were faithfully enforced so as to avoid injury and harm to its members.

18. The defendant Chi Psi Fraternity breached its duty in one or more of the following ways:

   a. It failed to monitor/supervise the activities of the local Fraternity;

   b. It failed to ensure that its rules, policies and procedures for hazing were adequately enforced.

   c. It failed to prevent members from the local fraternity from assaulting and hazing the plaintiff despite knowing, or having reason to know, that such conduct would or did occur;

   d. It failed to train and/or supervise members of the local fraternity on its anti-hazing rules, policies and/or procedures.

19. As a result of the continuous hazing and negligence and carelessness of the defendant Chi Psi Fraternity, Jordan suffered the injuries some or all of which may be permanent in nature. Jordan has experienced mental and emotional trauma that ultimately resulted in him

7

being hospitalized for mental health in October 2023. In addition, he had to seek a variety of psychological professional help based on his trauma.

20. In addition, the plaintiff has been forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, medicines and the like, and may be obligated for further such sums in the future.

21. As a further result thereof, Jordan incurred financial losses related to his education and delaying the completion of his degree program.

                                              PLAINTIFF
                                              JORDAN NELSON

By: _____
JAMES F. SULLIVAN, Her Attorney
Logan, Vance, Sullivan & Kores LLP
733 East Main Street
Torrington, CT 06790
(860) 489-5000
JN 421662
jsullivan@torringtonlaw.com

8

| | | |
|---|---|---|
| RETURN DATE: JULY 2, 2024 | : | SUPERIOR COURT |
| JORDAN NELSON | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| LEHIGH UNIVERSITY AND | : | |
| CHI PSI FRATERNITY | : | MAY 23, 2024 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is in excess of Fifteen Thousand ($15,000.00) Dollars exclusive of interest and costs.

PLAINTIFF
JORDAN NELSON

By: _____
JAMES F. SULLIVAN, His Attorney
Logan, Vance, Sullivan & Kores LLP
733 East Main Street
Torrington, CT 06790
(860) 489-5000
JN 421662
jsullivan@torringtonlaw.com

9

State of Connecticut                                                                                      County of Hartford

# RETURN OF SERVICE

STATE OF CONNECTICUT

                                  SS: HARTFORD

COUNTY OF HARTFORD

IN THE MATTER CONCERNING:  NELSON, JORDAN

                                                        V.

                                       LEHIGH UNIVERSITY &

                                       CHI PSI FRATERNITY

DATE:          06/18/2024

On 6/14/2024, by virtue hereof and at the direction of the plaintiff's attorney, and in accordance with C.G.S. 33-929 I made due and legal service by leaving two True and Attest Copies of the within original SUMMONS – CIVIL / COMPLAINT / STATEMENT OF AMOUNT IN DEMAND with the OFFICE OF THE SECRETARY OF STATE, the Registered Agent for Service for the within named defendant, LEHIGH UNIVERSITY, along with a fee of fifty dollars, at 165 CAPITOL AVENUE, HARTFORD, CT, with my doings hereon endorsed.

On 6/14/2024, by virtue hereof and at the direction of the plaintiff's attorney, and in accordance with C.G.S. 33-929 I made due and legal service by leaving two True and Attest Copies of the within original SUMMONS – CIVIL / COMPLAINT / STATEMENT OF AMOUNT IN DEMAND with the OFFICE OF THE SECRETARY OF STATE, the Registered Agent for Service for the within named defendant, CHI PSI FRATERNITY, along with a fee of fifty dollars, at 165 CAPITOL AVENUE, HARTFORD, CT, with my doings hereon endorsed.

Furthermore, on 6/17/2024, I made due and legal service of the within named defendant LEHIGH UNIVERSITY by depositing at the post office via certified mail, postage paid, return receipt requested and bearing receipt number 9589 0710 5270 0595 9903 18 a true and attest copy of the within and foregoing original SUMMONS – CIVIL / COMPLAINT / STATEMENT OF AMOUNT IN DEMAND addressed to LEGHIGH UNIVERSITY, 27 MEMORIAL DRIVE WEST, ALUMNI MEMORIAL BUILDING 27, BETHLEHEM, PA 18015 with my doings hereon endorsed.

Furthermore, on 6/17/2024, I made due and legal service of the within named defendant CHI PSI FRATERNITY by depositing at the post office via certified mail, postage paid, return receipt requested and bearing receipt number 9589 0710 5270 0595 9903 01 a true and attest copy of the within and foregoing original SUMMONS – CIVIL / COMPLAINT / STATEMENT OF AMOUNT IN DEMAND addressed to CHI PSI FRATERNITY, 45 RUTLEDGE STREET, NASHVILLE, TN 37210 with my doings hereon endorsed.

Christopher M. Fry
Connecticut State Marshal
PO Box 412 Simsbury, CT 06070  ∗  statemarshal.chrisfry@gmail.com  ∗  (203) 395-4638

State of Connecticut                                                                                   County of Hartford

Attest _____
Christopher Fry
State Marshal

| Service & Fees | $218.42 |
|---|---|
| Travel | $18.76 |
| Pages | $60.00 |
| Endorsements | $9.00 |
|  | $306.18 |
|  |  |

Christopher M. Fry
Connecticut State Marshal
PO Box 412 Simsbury, CT 06070   *   statemarshal.chrisfry@gmail.com   *   (203) 395-4638



| APPEARANCE | STATE OF CONNECTICUT |
|---|---|
| JD-CL-12  Rev. 12-21 | **SUPERIOR COURT** |
| P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3 | www.jud.ct.gov |

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Return date** *(For Civil/Family cases)*
Jul-02-2024

**Docket Number**
HHD-CV-24-6186772-S

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)* Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut
NELSON, JORDAN  v. LEHIGH UNIVERSITY Et Al

☐ Housing Session   ☒ Judicial District   ☐ Geographic Area

**Address of court** *(Number, street, town and zip code)*
95 WASHINGTON STREET HARTFORD, CT 06106

**Scheduled court date** *(Criminal/Motor Vehicle cases only)*

### Enter the Appearance of

**Name** *(Your name or name of official, firm, professional corporation, or individual attorney)*
CARLTON FIELDS P.A.P.C.

**Juris number** *(For attorney/law firm)*
420124

**Mailing address**
ONE STATE STREET SUITE 1800

**Post Office box number**

**Telephone number** *(Area code first)*
860-392-5000

**City/town** HARTFORD   **State** CT   **Zip code** 06103   **Fax number** 860-392-5058   **E-mail address** jsterling@carltonfields.com

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☒ The following Defendant(s) only:
Pty# D-01 LEHIGH UNIVERSITY

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                                   *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**   ☒ Yes   ☐ No

**Signed** *(Individual attorney or self-represented party)*
421042

**Name of person signing at left** *(Print or type)*
see attached

**Date signed**
Jul 03 2024

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___Jul 03 2024___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**LOGAN VANCE SULLIVAN & KORES LLP - 733 EAST MAIN ST/TORRINGTON, CT 06790**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

**Signed** *(Signature of filer)*
421042

**Print or type name of person signing**
see attached

**Date signed**
Jul 03 2024

**Continuation of JDCL12 Appearance Form for HHD-CV-24-6186772-S**

**Submitted By CARLTON FIELDS P.A.P.C. (420124)**

**Name of Person Signing (Continued from JDCL12)**

JONATHAN CARLISLE STERLING

Date signed: Jul 03 2024

Telephone number: 860-392-5042

| | | |
|---|---|---|
| DOCKET NO. HHD-CV-24-6186772S | : | SUPERIOR COURT |
| JORDAN NELSON | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| LEHIGH UNIVERSITY AND | : | |
| CHI PSI FRATERNITY | : | JULY 8, 2024 |

## MOTION FOR DEFAULT FOR FAILURE TO APPEAR

The Plaintiff, **JORDAN NELSON**, moves that a default be entered against the Defendant, **CHI PSI FRATERNITY**, for its failure to file an appearance and its failure to file responsive pleading to the Plaintiff's Complaint that was filed on June 18, 2024 with a Return Date of July 2, 2024.

**WHEREFORE**, the Plaintiff respectfully requests the Court enter an order of default against the Defendant.

PLAINTIFF,
JORDAN NELSON

By: /s/ 407831
James F. Sullivan, Esq.
Logan, Vance, Sullivan & Kores, LLP
733 East Main Street
Torrington, CT 06790
(860) 489-5000
Juris No. 421662

## CERTIFICATION

I hereby certify that a copy of this document was mailed or delivered electronically on July 8, 2024 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Jonathan Sterling, Esq.
Carlton Fields P.A.P.C
One State Street
Suite 1800
Hartford, CT 06103
Email; jsterling@carltonfields.com

**Non-Appearing Party**:

Chi Psi Fraternity
45 Rutledge Street
Nashville, TN 37210

By: /s/ 407831
James F. Sullivan, Esq.
Logan, Vance, Sullivan & Kores, LLP
733 East Main Street
Torrington, CT 06790
(860) 489-5000
Juris No. 421662

2

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date (For Civil/Family cases): **Jul-02-2024**
Docket Number: **HHD-CV-24-6186772-S**

**Name of case** (Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut
**NELSON, JORDAN  v. LEHIGH UNIVERSITY Et Al**

☐ Housing Session  ☒ Judicial District  ☐ Geographic Area
Address of court: **95 WASHINGTON STREET HARTFORD, CT 06106**
Scheduled court date (Criminal/Motor Vehicle cases only):

### Enter the Appearance of

Name: **SZILAGYI & DALY**
Juris number: **431542**
Mailing address: **118 OAK STREET**
Post Office box number:
Telephone number: **860 904-5211**
City/town: **HARTFORD**   State: **CT**   Zip code: **06106**
Fax number:
E-mail address: **tevans@sdctlawfirm.com**

in the case named above for: (Select one of the following parties)

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☒ The following Defendant(s) only:
**Pty# D-02 CHI PSI FRATERNITY**

☐ Other (Specify): _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: (Select one or both)
 ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel (Special Public Defender)
☐ This appearance is for the purpose of a bail hearing only.
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:
1. ☐ This appearance is in place of the appearance of: _____ Name and Juris Number (if applicable) to be replaced
2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)   ☒ Yes   ☐ No

Signed (Individual attorney or self-represented party): **403495**
Name of person signing at left: **FRANK J SZILAGYI**
Date signed: **Jul 12 2024**

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Jul 12 2024** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**CARLTON FIELDS P.A.P.C. - ONE STATE STREET/SUITE 1800/HARTFORD, CT 06103**
**LOGAN VANCE SULLIVAN & KORES LLP - 733 EAST MAIN ST/TORRINGTON, CT 06790**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed (Signature of filer): **403495**
Print or type name of person signing: **FRANK J SZILAGYI**
Date signed: **Jul 12 2024**